```
1  JULIE M. MCCOY, Bar No. 129640
   JACQUELYNE M. NGUYEN, Bar No. 249658
2  LAW OFFICES OF JULIE M. MCCOY
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-8789 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Sally A. Sanchez, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sally A. Sanchez, in the principal amount of $4,311.87 plus interest accrued to September 13, 2011, in the sum of $5,502.96; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**9,814.83**.

DATED: 11/15/2011      By: _____Terry Nafisi_____
                              Clerk of the Court

                              A. Martinez
                           _____
                              Deputy Clerk
                       United States District Court

Page 5